UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARLENE CHERRY,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. C06-5452 FDB

**MINUTE ORDER**
**Re: Settlement Conference**

      The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

      This matter was referred by the Honorable Franklin D. Burgess to the above referenced U.S. Magistrate Judge for purposes of a Settlement Conference. The parties appeared as directed this date and met with the settlement judge.

      **The parties were unable to resolve the matter**. The file is returned to the chambers of Judge Burgess in anticipation of trial October 9, 2007.

The foregoing Minute Order entered by, /s/ Kelley Miller  Deputy Clerk, this 3rd$^h$ day of October 2007.

MINUTE ORDER
Page - 1